CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 2 2 2010

JOHN F. CORCORAN, CLERK
BY: _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTINE A. GOLDING, | ) | |
| | ) | |
| Plaintiff, | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| MONTGOMERY COUNTY PUBLIC | ) | |
| SCHOOLS, | ) | |
| MARK PASIER, | ) | Civil Action No. 7:09-cv-00036 |
| and | ) | |
| MICHAEL STANLEY, | ) | |
| | ) | |
| Defendants. | ) | |

After a thorough review of the pleadings, motions, affidavits filed by the parties, and after careful consideration of the arguments presented by both parties, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby,

### ADJUDGED and ORDERED

that Defendants' motion for summary judgment is **GRANTED** and Plaintiff's motion for summary judgment is **DENIED**. The Clerk of Court is directed to strike this matter from the active docket and to send a copy of this Final Order, as well as the accompanying Memorandum Opinion, to Plaintiff and counsel of record for the Defendants.

**ENTER**: This _22nd_ day of April, 2010

_____
Senior United States District Judge